```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/3/2024_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Etimine USA, Inc., Eti Maden İşletmeleri Genel Müdürlüğü, and Haluk Gani,

                Plaintiffs,

-against-

American Borate Company, Hasat Dış Ticaret ve Mümessillik A.Ş. (a/k/a Hasat Foreign Trade & Representation, Inc.), James Sparks, Kristin Sparks, Ahmet Arkun, and Zihni Ülgen,

                Defendants.

24 Civ. 6763 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendant American Borate Company's ("ABC") letter dated November 11, 2024, and Defendants James Sparks and Kristin Sparks' (the "Sparks") letter dated November 11, 2024. ECF Nos. 34–35. The Court has also reviewed Plaintiffs' letters dated November 18, 2024. ECF Nos. 37–38. Accordingly:

1. ABC's and the Sparks' requests to file a motion to dismiss are GRANTED;
2. By **January 6, 2025**, ABC and the Sparks shall file their motions;
3. By **February 3, 2025**, Plaintiffs shall file their opposition; and
4. By **February 24, 2025**, ABC and the Sparks shall file their replies, if any.

    SO ORDERED.

Dated: December 3, 2024
       New York, New York

ANALISA TORRES
United States District Judge