```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ETIMINE USA, INC. et al.,

                 Plaintiffs,

-against-

AMERICAN BORATE COMPANY, et al.,

                 Defendants.

**POST-CONFERENCE ORDER**

24-CV-6763 (AT) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On January 2, 2025, the parties appeared before the undersigned for a Case Management Conference. Based on representations made by the parties regarding their efforts to settle the case, the case, including discovery and motions deadlines (including for the contemplated motion to dismiss), shall be stayed until **January 31, 2025**. The parties shall file a joint status letter updating the Court on the status of their settlement negotiations **by January 31, 2025**.

      SO ORDERED.

Dated:   January 2, 2025
             New York, New York

*Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge